# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

160668-9

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES CURTIS BECK,
      Defendant-Appellant.

_____/

SC:  160668-9
COA:  342039; 342043
Macomb CC:  2016-000309-FH
                2017-001376-FC

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

By order of June 17, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the October 17, 2019 judgment of the Court of Appeals.  On order of the Court, the answer having been received, the application for leave to appeal is again considered.  We direct the Clerk to schedule oral argument on the application.  MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing:  (1) whether the defendant's retrial in Docket No. 2016-000309-FH was barred by the Double Jeopardy Clauses of the federal or state constitutions, US Const, Am V; Const 1963, art 1, § 15; (2) if so, whether vacating his convictions in that case would also warrant a new trial, resentencing, or any other remedy in the jointly tried case, Docket No. 2017-001376-FC; and (3) whether the trial court improperly imposed a mandatory minimum sentence of 25 years for an act of first-degree criminal sexual conduct (Count II) that was not charged as carrying such a minimum.  See *Alleyne v United States*, 570 US 99, 109-111 (2013); *Apprendi v New Jersey*, 530 US 466, 476, 478-479 (2000).  In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2).  In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1).  The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief.  The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant.  A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief.  The parties should not submit mere restatements of their application papers.

The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae.  Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



t1021

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



Clerk